**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1799

NEIL ALLRAN; TERRY SPOERLE; LESLIE J. DALE; ROY ARMSTRONG;
RUTH BAKER; SALLY F. BARKER; JON BARRETT; SEVIM BASOGLU;
MARY E. BECKHAM; O. EUGENE BELL; CHESANIE BEAM; RICHARD C.
BIANCO; A. J. BIDDELL, Dr.; VERNON BIRT; BOBBY BLANTON;
NORMAN BOSSEN; PATRICIA A. BOYCE; SYBLE E. BUNNEL; SHIRLEY
A. BURK-DEWITT; MARTIN G. BURKLAND, Dr.; MARTIN G.
BURKLAND, Mrs.; TINA CARRAWAY; TERRIE J. CARVER; RICHARD A.
COAD, JR.; RICHARD K. COLBOURNE; PAT H. COONE; ISSA COOK;
PAUL COOK; NANCY A. COOKE; NANCY A. COWELL; VIRGINIA M.
DAVIS; VIRGINIA A. DAVIS; ALBOUT J. DE CICCO; LEONARD
DEMARAY; KILEY DONNELL; WILLIAM DONNELL; LOIS FORTENER
DOONAN; PAUL DRISCOLL; WILLIAM DRISCOLL; RUTH DUBOSE; PAUL
L. ECKERT; VERONICA M. EGLI; CASEY ENGLAND; LEONARD
ENGLAND; RHONDA ENGLAND; FAYE EUREY; SHIRL ELKINS; MARGARET
A. GADLEY; WILLIAM GALBRAITH; JEAN GALBRAITH; WILLIAM R.
GARREN; PAMELA GILCHRIST; PERLIE M. GILCHRIST; VIRGINIA M.
GOETTER; RUSSELL B. GRAHAM; PERINEAU P. GRAMLING; LYNN
GREENWALT; ABRAHAM GRINOCH; MICHAEL HALVERSON; MARTHA J.
HARBSMEIER; NORECER B. HARLEY; MARY HARPER; NYBIUS N.
HARRELL; ANGELA HARRISON; RAYE C. HATCHER; W. E. HAYNES;
NANETTE R. HECKENDORN; SCOTT HENDERSON; DENNIS K. HICKMAN;
MICHAEL T. HINES; MELBA L. HOBBS; TIMOTHY HUNT; MARNIE
INMAN; ALFRED IZZO; WINDELL JACKSON; ROBERT L. KALLBREIER;
RUTH KAMINO; SHARI KANTOR; RUTH J. KAVFMAN; TOM M. KING;
LORETTA F. KING; MARGARET KITCHEN; RAY E. KNERR; STANLEY
KORONA; SYLVIA LEASON; JOYCE C. LANGDON; VALERIE LAROUCHE;
VIVIAN LASKO; ADRIANA LAV; ALEXIS LINGERFELT; WAYLON E.
LYNN, JR.; REBECCA E. LYNN; MARILYN MAGGI; RAYMOND MAN;
LESTER MANDELSTGEIN; RAYMOND MANDELSTGEIN; LAWRENCE
MASCARO; MARGARET MAYER; MILDRED F. MCCELLA; RAYMOND N.
MCDOUGAL; KANAME MIYA; CRYSTAL D. MORGAN; THOMAS MORGAN;
HELEN MORGAN; LOYA S. MOSCON, Trustee; THOMAS O'CONNOR;
SHERAN O'CONNOR; LINDA T. OTANI; MICHAEL A. PAEZ; ARTHUR L.
PAGE, JR.; MARIE PAGNO; ROBERT PALMITEER; MARTHA PARSONS;
DEWAYNE A. PAYNE; CLARENCE PERRY; MARY LOU PERRY; STANLEY
M. PIER, Dr.; RICKY PIERCE; ROBERT N. PRICE; RITA RAMIREZ;
PHENIA M. REED; KRISTI ROBINSON; ANNE ROEMMICH; OTTO
ROEMMICH; LARRY ROGERS, Dr.; MARGARET J. ROME; REBECCA

ROSS-MOSES; ANNETTE SALDO; BARBARA A. SALMON; T. REEVES
SAMS; THOMAS SCHIRGHI; THOMAS G. SCHOBER; SCHUUR BROTHERS
INCORPORATED; MILTON F. SCHWARTZ, Trustee; MARVIN SCULATI;
LOUIS SHARPLEY; PATRICIA SHARPLEY; E. B. HAMILTON;
PRESIDENT SHELBY LOAN AND MORTGAGE COMPANY; T. HUGH
SIMRILL, JR.; SHARON L. SMITH; KEVIN SPENCER; LORENA J.
SPOERLE; DAWSON STERLING; BARRY D. STEWARD; DON STHEN;
TRUDI STHEN; MARY ANNE HAGLER STRINGER; NANCY TANDBERG;
KATHY J. THOMAS; KARLA A. THORNTON; SARA J. TOMASEK;
PHYLLIS F. TUCKER; MARY S. TYNER; DOMINICK VERTORANO; JOHN
B. WALKER; LOIS WALKER; LINDA WEAVER; THOMAS A. WILL, JR.;
H. B. WILLIAMS; KEVIN WOOTEN; ROBIN WOOTEN,

              Plaintiffs – Appellants,

       v.

WELLS FARGO,

              Defendant – Appellee,

       and

AMERICAN INTERNATIONAL GROUP, INCORPORATED; SHEILA C. BAIR;
BEN BERNANKE; CITIBANK; CITIGROUP; JOHN DIMON; JOHN C.
DUGAN; ELIZABETH A. DUKE; TIMOTHY F. GEITHNER; ALAN
GREENSPAN; JOHN D. HAWKE, JR.; JP MORGAN CHASE BANK,
INCORPORATED; DONALD L. KOHN; RANDALL S. KOSZNER; NEW YORK
FEDERAL RESERVE BANK; VICTOR PANDIT; HENRY M. PAULSON, JR.;
CHARLES PRINCE; JOHN REICH; JOHN SNOW; DANIEL K. TARULLO;
KEVIN M. WARSH; SANFORD L. WEILL,

              Defendants.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Graham C. Mullen,
Senior District Judge.   (3:10-cv-00200-GCM)

_____

Submitted: April 7, 2011          Decided: April 22, 2011

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

2

Affirmed by unpublished per curiam opinion.

---

Hugh W. Johnston, HUGH WOLFE JOHNSTON, ATTORNEY AT LAW, Gastonia, North Carolina, for Appellants. Louis Adams Bledsoe, III, Adam Karl Doerr, ROBINSON, BRADSHAW & HINSON, P.A., Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order sua sponte dismissing their complaint against Defendants for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See <u>Allran v. Wells Fargo</u>, No. 3:10-cv-00200-GCM (W.D.N.C. June 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>